


ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

February 18, 2020

**VIA ECF**

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street, Room 21A
New York, NY 10007

*Re:* <u>Dvir v. Lightworkers Media OTT LLC, 1:19-cv-8781 (NRB)</u>

Dear Judge Buchwald:

We represent Plaintiff Natan Dvir ("Plaintiff") in the above-captioned case and write to respectfully request a one-week extension of time to respond to the Court's order dated February 5, 2020 .[Dkt. #15]

(1) the original deadline is February 26, 2020; the proposed new deadline is March 4, 2020.

(2) Plaintiff has not sought any previous requests for adjournment or extension.

(3) No previous requests were granted or denied.

(4) Defendant consents to the requested relief.

The requested extension does not affect any other scheduled dates

Respectfully Submitted,

**s/richardliebowitz/**
Richard Liebowitz

*Counsel for Plaintiff*

*So Ordered
Naomi Reice
Buchwald,
USDJ
2/24/20*

4